FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2016 FEB -4  PM 2: 26

SIGN _____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUPERSEDING BILL OF INFORMATION
FOR MAKING FALSE STATEMENTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 14-128-BAJ |
| *versus* : | |
| : | 18 U.S.C. § 1001(a)(2) |
| CHARLOTTE A. JOHNSON : | |

**THE UNITED STATES ATTORNEY CHARGES:**

1. At all relevant times, the United States Department of Education, a department within the executive branch of the United States Government, issued grants to the Louisiana Governor's Office of Safe and Drug Free Schools and Communities ("Governor's Office") for community drug and violence prevention programs. In turn, the Governor's Office issued sub-grants to community-based organizations to provide such programs. Sub-grant recipients were provided funding on a cost-reimbursement basis.

2. **CHARLOTTE A. JOHNSON**, defendant herein, acting as a representative of Community Achievement Network, Inc. (CAN), applied for, and was awarded, sub-grants through the Governor's Office to fund after-school tutoring and life-skills training.

3. As defendant **JOHNSON** was aware, CAN did not actually conduct any after-school programs as contemplated by the sub-grants.

4. During the period from in or about March 2007, through in or about July 2010, in the Middle District of Louisiana, defendant **JOHNSON** knowingly and willfully made

materially false and fraudulent statements in a matter within the jurisdiction of the United States Department of Education, a department within the executive branch of the United States Government, in that, defendant **JOHNSON** submitted reimbursement requests to the Governor's Office falsely claiming that money was expended by CAN on grant programs when, in truth and fact, as defendant **JOHNSON** then and there well knew, CAN did not spend any money on grant programs.

The above is a violation of Title 18, United States Code, Section 1001(a)(2).

Date: 2-4-16

UNITED STATES OF AMERICA, by

J. WALTER GREEN
United States Attorney
Middle District of Louisiana

M. PATRICIA JONES
Assistant U.S. Attorney

# Criminal Cover Sheet                             U.S. District Court

**Place of Offense:**                           **Matter to be sealed:** ☒ No  ☐ Yes

City        Baton Rouge                          **Related Case Information:**

County/Parish   East Baton Rouge                 Superseding Indictment _____  Docket Number _____
                                                 Same Defendant _____          New Defendant _____
                                                 Magistrate Case Number _____
FBI – Steve Soli                                 Search Warrant Case No. _____
                                                 R 20/ R 40 from District of _____
                                                 **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    Charlotte A. Johnson
Alias:
Address:
Birthdate:         SS #:        Sex:       Race:           Nationality

**U.S. Attorney Information:**

AUSA:  M. Patricia Jones                                              Bar #:  18543

**Interpreter:** ☒ No  ☐ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date   _____
_____   Already in Federal Custody as of
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    ___1___

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 18 U.S.C. § 1001(a)(2) | Making False Statements | 1 | Felony |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 2-4-16              Signature of AUSA: M Patricia Jones

**District Court Case Number (To be filled in by deputy clerk):** _____